**Opinion issued March 12, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00089-CV

———————————

## IN THE INTEREST OF M. J. C., A CHILD

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-06828J**

---

### MEMORANDUM OPINION

Appellant, M.M.C., has filed a motion to dismiss this appeal and expedite issuance of the mandate. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). The Clerk of this Court is directed to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.